UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-23885-MC-MARTINEZ

IN RE: THE BANK OF NEW YORK
MELLON, SOLELY IN ITS CAPACITY
AS TRUSTEE FOR THE TV AZTECA,
S.A.B. DE C.V. 8.25% SENIOR NOTES
DUE 2024.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Bank of New York Mellon's *ex parte* Application for Order Pursuant to 28 U.S.C. § 1782(a) (the "Application"), [ECF No. 1]. In the Application, the Bank of New York Mellon, as trustee for senior notes issued by the Mexican media company TV Azteca, currently in "Concurso Mercantile" insolvency proceedings in Mexico, seeks discovery for use in connection with the judicial proceeding in the Mexican Court. Specifically, Bank of New York Mellon seeks to serve subpoenas on Respondents AlterBank and six of its Officers and Directors so the Bank of New York Mellon can pursue fraudulent transfer claims in the Concurso Mercantile proceedings. (*See* App. 6). As the Bank of New York Mellon represents, AlterBank and six of its current Officers and Directors may be found within the jurisdiction of this Court. (*See id.* 14). The Court has reviewed the Application, pertinent portions of the record, and applicable law and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 1782(a), the Bank of New York Mellon, as Trustee for the TV Azteca, S.A.B. DE C.V. 8.25% Senior Notes Due 2024, shall serve a copy of this Order, the Application [ECF No. 1], and the subpoenas attached thereto [ECF No. 1-2], on the Respondents at their last known addresses, or any location where the Respondents may be found, within the Southern District of Florida.

**DONE AND ORDERED** in Miami, Florida, this _3_ day of June 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record