AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>In re Application of THE BANK OF NEW YORK MEL</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.   1:26-mc-23885-JEM</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AlterBank, Ltd. and Blas Santander                                           .

Date:     06/22/2026

/s/ Evan J. Stroman
*Attorney's signature*

Evan J. Stroman (Florida Bar No. 118929)
*Printed name and bar number*

Diaz, Reus & Targ, LLP
100 S.E. 2nd Street, Suite 3400
Miami, Florida 33131

*Address*

estroman@diazreus.com
*E-mail address*

(305) 375-9220
*Telephone number*

(305) 375-8050
*FAX number*