AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| In re Application of THE BANK OF NEW YORK MEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-mc-23885-JEM |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AlterBank, Ltd. and Blas Santander                                                            .


Date:      06/22/2026

/s/ Brant C. Hadaway
*Attorney's signature*

Brant C. Hadaway  (Florida Bar No. 494690)
*Printed name and bar number*

Diaz, Reus & Targ, LLP
100 S.E. 2nd Street, Suite 3400
Miami, Florida 33131

*Address*

bhadaway@diazreus.com
*E-mail address*

(305) 375-9220
*Telephone number*

(305) 375-8050
*FAX number*