**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-23885-MC-MARTINEZ**

IN RE: THE BANK OF NEW YORK
MELLON, SOLELY IN ITS CAPACITY
AS TRUSTEE FOR THE TV AZTECA,
S.A.B. DE C.V. 8.25% SENIOR NOTES
DUE 2024,

          Petitioner.

_____/

**NOTICE OF STRIKING ECF NO. 16**
**IN COMPLIANCE WITH CLERK'S NOTICE TO FILER [ECF 18]**

In compliance with the Clerk's Notice to Filer [ECF No. 18] requesting that counsel for

the Applicant strike ECF 16 and refile it using the CM/ECF login credentials for the attorney

whose electronic signature appears on the filing, Applicant files this Notice of Striking ECF No.

16, the Joint Request to Set Briefing Schedule.  A refiled Joint Request to Set Briefing Schedule

will follow.

Dated: June 23, 2026

                               Respectfully submitted,

                               By: */s/ Daniel S. Fridman*
                               Daniel S. Fridman, Esq.
                               Fla. Bar No. 176478
                               daniel.fridman@ffslawfirm.com
                               vpantin@ffslawfirm.com
                               Anel Viamontes, Esq.
                               Fla. Bar No. 1018250
                               aviamontes@ffslawfirm.com
                               FRIDMAN FELS & SOTO, PLLC
                               150 Alhambra Circle, Suite 715
                               Coral Gables, FL. 33134
                               Tel.: (305) 569-7701

                               Justin M. Ellis  (*pro hac vice*)
                               Zachary R. Ingber (*pro hac vice*)
                               Eric J. Rolston (*pro hac vice*)
                               MOLOLAMKEN LLP
                               430 Park Avenue
                               New York, NY 10022
                               Tel.: (212) 607-8159
                               jellis@mololamken.com

*Counsel for The Bank of New York Mellon,*
*Solely in its Capacity as Trustee for the*
*TV Azteca, S.A.B. de C.V. 8.25% Senior*
*Notes due 2024*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2026, the foregoing was filed with the Clerk of

Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.


By: */s/ Daniel S. Fridman*
   Daniel S. Fridman, Esq.

2