## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-23885-MC-MARTINEZ

IN RE: THE BANK OF NEW YORK
MELLON, SOLELY IN ITS CAPACITY
AS TRUSTEE FOR THE TV AZTECA,
S.A.B. DE C.V. 8.25% SENIOR NOTES
DUE 2024.

_____/

### ORDER

**THIS CAUSE** came before the Court on the Parties' Joint Request to Set Briefing Schedule [ECF No. 20]. The Bank of New York Mellon, as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024 (the "Trustee"), and Respondents Blas Santander and AlterBank, Limited (collectively, the "Respondents"), request an order extending Respondents' deadline to respond to the subpoenas authorized to be served in this action ("Subpoenas"), (*see* June 3, 2026 Order [ECF No. 12]), and setting the Parties' proposed briefing schedule. (*See* [ECF No. 20]). The Court has considered the pertinent portions of the record and is otherwise fully advised. Accordingly, it is **ORDERED** as follows:

1. Respondents **SHALL** either comply with the Subpoenas or file any motions to quash, modify, deny, for a protective order, or to otherwise limit the Subpoenas, including any motions to deny the Section 1782 petition and any motion pursuant to Federal Rule of Civil Procedure 26(c) **by July 14, 2026**;

2. The Trustee **SHALL** file a response to such motion(s) **by August 4, 2026**;

3. Respondents may file a reply in support of such motion(s) **by August 11, 2026**;

**DONE AND ORDERED** in Miami, Florida, this 24 day of June 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record