**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 24, 2026

FILED BY JG D.C.
Sep 24, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Julianne Bagley
Diaz Reus & Targ, LLP
100 SE 2ND ST STE 3400
MIAMI, FL 33131

Michael Diaz Jr.
Diaz Reus & Targ, LLP
100 SE 2ND ST STE 3400
MIAMI, FL 33131

Brant C. Hadaway
Diaz Reus & Targ, LLP
100 SE 2ND ST STE 3400
MIAMI, FL 33131

Evan Stroman
Kozyak Tropin & Throckmorton, LLP
2525 PONCE DE LEON BLVD FL 9
CORAL GABLES, FL 33134

Appeal Number: 26-13412-D
Case Style: The Bank of New York Mellon, et al v. AlterBank Limited
District Court Docket No: 1:26-mc-23885-JEM

**CIVIL DOCKETING NOTICE**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

*If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

*If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after* ***09/23/2026****, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a Certificate of Interested Persons and Corporate Disclosure Statement (CIP), **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier**. See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a CIP or a notice. See 11th Cir. R. 26.1-1(a)(2).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. Every pro se party and attorney registered to use the ECF system has a continuing obligation to notify the PACER Service Center of any changes to the party's or attorney's addresses. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE No. 1:26-mc-23885-JEM**

IN RE: THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. de C.V. 8.25% SENIOR NOTES DUE 2024.
_____________________________________/

**RESPONDENT ALTERBANK LIMITED'S NOTICE OF APPEAL**

Notice is hereby given that Respondent AlterBank Limited, and AlterBank Limited only, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Omnibus Order entered on September 18, 2026 [ECF No. 44], including the denial of AlterBank Limited's Motion to Vacate the Court's *Ex Parte* Order Granting the Application for Discovery Pursuant to 28 U.S.C. § 1782 and to Quash the Subpoena Directed to AlterBank Limited [ECF No. 25], and from all prior orders that merge into or are reviewable with that Order.

Dated: September 22, 2026

**DIAZ REUS & TARG, LLP**
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone: (305) 375-9220

By: /s/ *Brant C. Hadaway*
Michael Diaz, Jr. (Florida Bar No. 606774)
Attorney E-mail Address: mdiaz@diazreus.com
Brant C. Hadaway, B.C.S. (Florida Bar No. 494690)
Attorney E-mail Address: bhadaway@diazreus.com
Evan J. Stroman, Esq., CPA (Florida Bar No. 118929)
Attorney E-mail Address: estroman@diazreus.com
Julianne Bagley (Florida Bar No. 1059310)
Attorney E-mail Address: jbagley@diazreus.com

*Counsel for Respondent AlterBank Limited*