**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-mc-23885-JEM**

IN RE: THE BANK OF NEW YORK
MELLON, SOLELY IN ITS CAPACITY
AS TRUSTEE FOR THE TV AZTECA,
S.A.B. de C.V. 8.25% SENIOR NOTES
DUE 2024.
_______________________________________/

**NOTICE OF CHANGE OF LAW FIRM NAME ONLY AS COUNSEL FOR NON-PARTY WITNESS, TIMOTHY RICHARDS**

COMES NOW, FRANK QUINTERO, JR., of QUINTERO & FONSECA-NADER, P.A., formerly known as Quintero Broche & Fonseca-Nader, P.A., pursuant to *Local Rule 11.1(g)*, and in compliance with *Local Rule 5.1* and *CM/ECF Administrative Procedures 3D*, hereby provides notice of the change of his law firm's name from QUINTERO BROCHE & FONSECA-NADER P.A. to QUINTERO & FONSECA-NADER, P.A., and provides notice that counsel will also make the appropriate change to the PACER account. All other contact information remains the same as set out below.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2026, a true and correct copy of the foregoing was electronically filed via CM/ECF and a courtesy copy served upon all counsel of record via e-mail.

Respectfully submitted,

**QUINTERO & FONSECA-NADER, P.A.**
*Attorneys for Non-Party Witness, Timothy Richards*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: 305-446-0303/Fax:305-446-4503
Email: fquintero@quinterolaw.net
jfnader@quinterolaw.net
eservice@quinterolaw.net

By: */s/ Frank Quintero, Jr.*
FRANK QUINTERO, JR.
Fla. Bar No.: 399167