**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23885-MC-MARTINEZ**

IN RE: THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024.

_______________________________________/

**ORDER SETTING HEARING**

**THIS CAUSE** is before the Court *sua sponte*. On September 18, 2026, the Court entered an Omnibus Order lifting a previously ordered stay, (*see* [ECF No. 32]), and ordering discovery to immediately proceed "in accordance with the Court's June 3, 2026 Order [ECF No. 12]." (*See* [ECF No. 44]). Respondent AlterBank, Limited and Non-Party Witness Timothy Richards appealed. (*See* [ECF Nos. 45, 46]).

Accordingly, it is

**ORDERED** that the Parties appear for a Hearing on **Wednesday October 14, 2026, at 11:00 AM** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 10-1 Miami, Florida 33128. The parties should be prepared to address the pending Motions to Stay Pending Appeal [ECF Nos. 47, 50, 62], as well as the Applicant's pending Expedited Motion to Compel [ECF No. 57].

**DONE AND ORDERED** in Miami, Florida, this 5 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record