**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 1:26-mc-23885-JEM**

IN RE: THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. de C.V. 8.25% SENIOR NOTES DUE 2024.
_____________________________________/

**RESPONDENTS ALTERBANK LIMITED'S AND BLAS SANTANDER'S NOTICE OF CORRECTION AND CLARIFICATION OF THE RECORD**

Respondents AlterBank Limited and Blas Santander submit this Notice to correct and clarify certain factual assertions concerning Santander's relationship with AlterBank as described in the Declaration of Antonio José Romero Esclusa [ECF No. 25-1] and Respondents' related filings. Documents reviewed and information received while preparing responses to the Trustee's subpoena indicate that some of those assertions were inaccurate. Respondents correct them as follows:

1. Paragraph 12 of Romero's Declaration stated that Santander's work as a remote contractor ended in June 2025, that he had no operational responsibilities after June 2025, and that he had no affiliation with AlterBank after March 31, 2026. The motion to vacate and quash repeated those assertions. [ECF No. 25 at 4; ECF No. 36 at 2]. Respondents withdraw those assertions, together with the categorical statement that Santander was not involved in AlterBank's operations after March 31, 2026.

2. A review of additional documents suggests that Santander continued performing work for AlterBank after June 2025, including work in business development, maintaining client relationships, and onboarding new clients. After March 31, 2026, Santander continued providing the same or similar services for AlterBank through a third-party contractor.

3. Respondents also represented that Santander resigned from the Board on March 31, 2026, before the Application was filed and before service was attempted on June 9, 2026. [ECF No. 25-1 ¶12; ECF No. 25 at 4, 10; ECF No. 36 at 2; ECF No. 47 at 3 (¶¶3, 6), 8]. While his written resignation letter is dated March 31, 2026, the undersigned have determined that the document was prepared and executed on or about July 2, 2026. Respondents thus withdraw the assertions that Santander had completed his resignation on March 31 and had ceased acting as a Director at that time.

4. These corrections are necessary to amend the assertions in paragraph 12 of Romero's Declaration and the corresponding assertions in AlterBank's Motion to Vacate and Reply brief in support [ECF Nos. 25 & 36], and in its Motion for Stay[] [ECF No. 47]. Respondents ask the Court to disregard those assertions.

5. AlterBank is taking steps to dismiss its appeal and will separately file a Notice of Withdrawal of its Motion for Stay Pending Appeal or, Alternatively, for Temporary Administrative Stay [ECF No. 47].

6. This Notice seeks no relief from the Court.

Dated: October 5, 2026. Respectfully submitted,

**DIAZ REUS & TARG, LLP**
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone: (305) 375-9220

By: */s/ Brant C. Hadaway*
Michael Diaz, Jr. (Florida Bar No. 606774)
Attorney E-mail Address: mdiaz@diazreus.com
Brant C. Hadaway, B.C.S. (Florida Bar No. 494690)
Attorney E-mail Address: bhadaway@diazreus.com
Evan J. Stroman, Esq., CPA (Florida Bar No. 118929)
Attorney E-mail Address: estroman@diazreus.com
Julianne Bagley (Florida Bar No. 1059310)
Attorney E-mail Address: jagley@diazreus.com

*Counsel for Respondents AlterBank Limited and Blas Santander*