**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-mc-23885-JEM**

IN RE: THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. de C.V. 8.25% SENIOR NOTES DUE 2024.
_______________________________________/

**RESPONDENT ALTERBANK LIMITED'S NOTICE OF WITHDRAWAL OF MOTION FOR STAY PENDING APPEAL OR, ALTERNATIVELY, FOR TEMPORARY ADMINISTRATIVE STAY [ECF NO. 47]**

Respondent, AlterBank Limited hereby withdraws its Motion for Stay Pending Appeal or, Alternatively, for Temporary Administrative Stay, filed September 23, 2026 [ECF No. 47] (the "Motion"). The Motion has been set for hearing on October 14, 2026. [ECF No. 66].

**DIAZ REUS & TARG, LLP**
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone: (305) 375-9220

By: */s/ Brant C. Hadaway*
Michael Diaz, Jr. (Florida Bar No. 606774)
Attorney E-mail Address: mdiaz@diazreus.com
Brant C. Hadaway, B.C.S. (Florida Bar No. 494690)
Attorney E-mail Address: bhadaway@diazreus.com
Evan J. Stroman, Esq., CPA (Florida Bar No. 118929)
Attorney E-mail Address: estroman@diazreus.com
Julianne Bagley (Florida Bar No. 1059310)
Attorney E-mail Address: jagley@diazreus.com

*Counsel for Respondent AlterBank Limited*