**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23885-MC-MARTINEZ**

IN RE: THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024.
_______________________________________/

## AMENDED ORDER SETTING HEARING

**THIS CAUSE** is before the Court on Respondent AlterBank Limited's Notice of Withdrawal of Motion for Stay Pending Appeal or Alternatively, for Temporary Administrative Stay [ECF No. 47]. (*See* [ECF No. 68]).

Accordingly, it is **ORDERED** as follows:

1. The Clerk is **DIRECTED** to **TERMINATE** Respondent AlterBank Limited's Motion, **[ECF No. 47]**.
2. Applicant the Bank of New York Mellon, Non-Party-Intervenor TV Azteca, S.A.B. DE C.V., and Non-Party-Witness Timothy Richards (together, the "Parties"), shall appear for a Hearing on **Wednesday October 14, 2026, at 11:00 AM** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 10-1 Miami, Florida 33128.
3. The Parties **SHALL** be prepared to address the pending Motions to Stay [ECF Nos. 50, 62], as well as the Applicant's pending Expedited Motion to Compel [ECF No. 57].

**DONE AND ORDERED** in Miami, Florida, this __ day of October 2026.
9th JEM

Jose E. Mart

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record