**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:26-mc-23885-JEM

In re Application of

THE BANK OF NEW YORK MELLON,
SOLELY IN ITS CAPACITY AS TRUSTEE
FOR THE TV AZTECA, S.A.B. DE C.V. 8.25%
SENIOR NOTES DUE 2024,

For an Order Pursuant to 28 U.S.C. § 1782
To Conduct Discovery for Use in a Foreign
Proceeding
_______________________________________/

**INDEX OF EXHIBITS TO THE DECLARATION OF MARK W. KELLEY**

*In Support of Applicant's Expedited Motion to Compel Respondents AlterBank Limited, Blas Santander, and Alexander Soroka*

| Exhibit | Description | Bates Range |
|---|---|---|
| 1 | Certified mail receipt for service on Alexander Soroka of the subpoena, the Trustee's Application (Dkt. 1), and the Court's Order (Dkt. 12) | — |
| 2 | Affidavit of process server Jacqueline Garcia regarding attempted service of the subpoena on Alexander Soroka (June 2026) | — |
| 3 | Email thread between counsel for the Trustee and counsel for Respondents, September 22 – October 9, 2026 | — |
| 4 | Email thread between counsel for the Trustee and counsel for Respondents, September 22 – 25, 2026 | — |
| 5 | Email from counsel for Respondents to counsel for the Trustee and counsel for TV Azteca, October 9, 2026 | — |
| 6 | Email thread between counsel for the Trustee and counsel for Respondents, October 5 – 8, 2026 | — |
| 7 | Email from counsel for TV Azteca to counsel for the Trustee and counsel for Respondents, October 9, 2026, with attachment (proposed confidentiality order) | — |

| Exhibit | Description | Bates Range |
|---|---|---|
| 8 | AlterBank commercial account registration and application forms for Arrendadora Internacional Azteca, S.A. de C.V. | BSANTANDER_0000804 – BSANTANDER_0000817 |
| 9 | Arrendadora Internacional Azteca, S.A. de C.V. financial statements, November 2025 | BSANTANDER_0000702 – BSANTANDER_0000750 |
| 10 | Certification of beneficial ownership of TV Azteca, S.A.B. de C.V., dated November 27, 2025 | BSANTANDER_0000952 – BSANTANDER_0000953 |
| 11 | AlterBank commercial account registration and application forms for Operadora Mexicana de Televisión, S.A. de C.V. | BSANTANDER_0000848 – BSANTANDER_0000860 |
| 12 | AlterBank commercial account registration and application forms for Lasimex | BSANTANDER_0000954 – BSANTANDER_0000966 |
| 13 | AlterBank commercial account registration and application forms for TV Azteca, S.A.B. de C.V. | BSANTANDER_0000899 – BSANTANDER_0000911 |
| 14 | Account profile for HRSA, S.A. | BSANTANDER_0001192 – BSANTANDER_0001193 |
| 15 | Account profile for Soho Investing Corporation | BSANTANDER_0001196 – BSANTANDER_0001197 |
| 16 | Nominee Director Agreement relating to Soho Investing Corporation, dated April 24, 2025 | BSANTANDER_0001194 – BSANTANDER_0001195 |
| 17 | Unanimous shareholder resolutions of Arrendadora Internacional Azteca, S.A. de C.V. dated December 26, 2025, with electronic-signature audit report | BSANTANDER_0000818 – BSANTANDER_0000822 |