**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23885-MC-MARTINEZ**

IN RE: THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Diaz Reus International Law Firm's Motion to Withdraw as Counsel for Respondents AlterBank Limited, Blas Santander, and Alexander Soroka . . . . (the "Motion"), [ECF No. 77]. The Court has considered the Motion, oral argument, (*see* [ECF No. 80]), and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF No. 77], is **GRANTED in part**.

2. Michael Diaz, Jr., Brant C. Hadaway, and Evan J. Stroman of Diaz Reus International Law Firm are permitted to withdraw as counsel for Respondents AlterBank Limited, Blas Santander, and Alexander Soroka, and are discharged from all further obligation and responsibility on behalf Respondent AlterBank Limited in this action.

3. Michael Diaz, Jr., Brant C. Hadaway, and Evan J. Stroman of Diaz Reus International Law Firm **SHALL** provide Respondents Blas Santander and Alexander Soroka with a copy of this Order and inform them that **on or before October 21, 2026**, Respondents Blas Santander and Alexander Soroka **SHALL** retain new counsel, and new counsel shall file a Notice of Appearance, **OR** file a Notice of Intent to Proceed *Pro Se*.

4. Any previously noticed depositions for Respondents Blas Santander and Alexander

Soroka SHALL be rescheduled within **seven (7) days** of counsel for Respondents filing a Notice to Appear or Notice of Intent to Proceed *Pro Se*.

5. Attorneys Jorge L. Piedra and Katherine A. Mitchell of the law firm Kozyak Tropin & Throckmorton LLP are substituted as counsel of record for Respondent AlterBank Limited.

6. The Clerk is **DIRECTED** to remove Michael Diaz, Jr., Brant C. Hadaway, and Evan J. Stroman from this Court's CM/ECF email system for this matter.

**DONE AND ORDERED** in Miami, Florida, this 14 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record