**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-mc-23885-JEM**

In re Application of
THE BANK OF NEW YORK MELLON,
SOLELY IN ITS CAPACITY AS TRUSTEE
FOR THE TV AZTECA, S.A.B. DE C.V. 8.25%
SENIOR NOTES DUE 2024,

For an Order Pursuant to 28 U.S.C. § 1782
To Conduct Discovery for Use in a Foreign
Proceeding
_______________________________________/

**RESPONDENTS ALEXANDER SOROKA AND BLAS SANTANDER'S NOTICE OF JOINDER/ADOPTION IN ALTERBANK, LIMITED'S SUPPLEMENTAL BRIEFING ON THE TRUSTEE'S MOTION TO COMPEL AND IN SUPPORT OF THE INTERVENOR'S RENEWED MOTION TO QUASH IN LIGHT OF NEW FACTS**

Respondents Alexander Soroka and Blas Santander, by and through undersigned counsel, hereby give notice of joinder and/or adoption in Respondent AlterBank, Limited's Supplemental Briefing on the Trustee's Motion to Compel and in Support of the Intervenor's Renewed Motion to Quash in Light of New Facts [ECF No. 87] ("AlterBank's Supplemental Briefing"). Alexander Soroka and Blas Santander join and/or adopt the following:

- **ECF No. 87, Respondent AlterBank, Limited's Supplemental Briefing on the Trustee's Motion to Compel and in Support of the Intervenor's Renewed Motion to Quash in Light of New Facts:**

**1. Section I, "Introduction"**

Alexander Soroka and Blas Santander join and adopt by reference Section I in AlterBank's Supplemental Briefing. ECF No. 87 at 4-5[1].

[1] Page citations refer to the CM/ECF header pagination.

**2. Section II, "Background"**

Alexander Soroka and Blas Santander join and adopt by reference Section II in AlterBank's Supplemental Briefing. ECF No. 87 at 5-7.

**3. Section III(A), "The Court Should Quash the Subpoena in Light of New Circumstances in The Concurso Proceedings"**

Alexander Soroka and Blas Santander join and adopt by reference Section III(A) in AlterBank's Supplemental Briefing. ECF No. 87 at 8-16.

**4. Section III(B), "The Trustee's Expedited Motions to Compel Should Be Denied"**

Alexander Soroka and Blas Santander join and adopt by reference Section III(B) in AlterBank's Supplemental Briefing. ECF No. 87 at 16-20.

Dated: October 19, 2026

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce de Leon Boulevard, Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599

By: /s/ Veronica Vicente
Veronica Vicente, Esq.
Florida Bar No. 1039548
vvicente@brresq.com
Henry P. Bell, Esq.
Florida Bar No. 90689
hbell@brresq.com
Armando Rosquete, Esq.
Florida Bar No. 648434
arosquete@brresq.com
Alexander Esteban, Esq.
Florida Bar No. 107491
aesteban@brresq.com
*Counsel for Respondents Blas Santander and Alexander Soroka*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF system.

By: /s/ Veronica Vicente
Veronica Vicente, Esq.