**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23885-MC-MARTINEZ/Elfenbein**

IN RE: THE BANK OF NEW YORK
MELLON, SOLELY IN ITS CAPACITY
AS TRUSTEE FOR THE TV AZTECA,
S.A.B. DE C.V. 8.25% SENIOR NOTES
DUE 2024.
_______________________________________/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

**PURSUANT TO** 28 U.S.C. section 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Marty Fulgueira Elfenbein to take all necessary and proper action as required by law with respect to:

> **All matters relating to the Court's June 3, 2026 Discovery Order [ECF No. 12], including but not limited to, Applicant's Combined Expedited Motion to Compel. . . . [ECF No. 57], Non-Party-Intervenor TV Azteca, S.A.B. DE C.V.'s Renewed Motion for a Protective Order. . . . [ECF No. 62], Applicant's Expedited Motion to Compel. . . . [ECF No. 73], and Respondents Blas Santander and Alexander Sokorka's (1) Joinder in. . .TV Azteca's Renewed Motion for Protective Order. . . . [ECF No. 82].**

It is **ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO. 26-23885-MC-MARTINEZ/Elfenbein).

**DONE AND ORDERED** in Miami, Florida, this 6 day of November 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record
Magistrate Judge Elfenbein